# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA Y. MARLEY, ) | Case No. EDCV 12-00779-JEM |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: November 27, 2012                    /s/ John E. McDermott
                                                                    JOHN E. McDERMOTT
                                                                    UNITED STATES MAGISTRATE JUDGE